1  ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
   MICHAEL K. BRISBIN, ESQ. (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:  (415) 433-0990
   Facsimile:   (415) 434-1370

Attorneys for Defendants
THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK
erroneously sued as UNITED STATES LIFE,
AIG ANNUITY INSURANCE COMPANY, and
AMERICAN GENERAL ASSURANCE COMPANY

ADR-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

FREDERICK S. FRIEDMAN,                )  Case No. C08-00203 HRL
                                      )
         Plaintiff,                   )  THE UNITED STATES LIFE INSURANCE
                                      )  COMPANY IN THE CITY OF NEW YORK
    v.                                )  erroneously sued as UNITED STATES LIFE,
                                      )  AIG ANNUITY INSURANCE COMPANY,
UNITED STATES LIFE; AIG ANNUITY       )  and AMERICAN GENERAL ASSURANCE
INSURANCE COMPANY, AMERICAN           )  COMPANY'S NOTICE OF INTERESTED
GENERAL ASSURANCE COMPANY, and        )  PARTIES
DOES 1-10,                            )
                                      )
         Defendants.                  )
                                      )
                                      )
                                      )
_____)

Defendants The United States Life Insurance Company in the City of New York ("US Life"), erroneously sued as United States Life, AIG Annuity Insurance Company, and American General Assurance Company hereby submits this Notice of Interested Parties:

Plaintiff Frederick S. Friedman - Named primary beneficiary under the policy. His primary interest is a payout of the policy proceeds.

- 1 -
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK
erroneously sued as UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY, and AMERICAN
GENERAL ASSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES
USDC NDCA CASE NO.
319905.1

1   Defendants The United States Life Insurance Company in the City of New York ("US
2   Life"), erroneously sued as United States Life, AIG Annuity Insurance Company, and American
3   General Assurance Company – No pecuniary interest, other than to recover the costs and fees to
4   which it is entitled as awarded by the Court.

5

6   Dated: January 11, 2008         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

7
8   By: _____
9   Adrienne C. Publicover, Esq.
    Michael K. Brisbin, Esq.
    Attorneys for Defendants
10  THE UNITED STATES LIFE INSURANCE
    COMPANY IN THE CITY OF NEW YORK
11  erroneously sued as UNITED STATES LIFE,
    AIG ANNUITY INSURANCE COMPANY, and
12  AMERICAN GENERAL ASSURANCE COMPANY

---

- 2 –
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK
erroneously sued as UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY, and AMERICAN
GENERAL ASSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES
USDC NDCA CASE NO.
319905.1

**PROOF OF SERVICE**

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK erroneously sued as UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY, and AMERICAN GENERAL ASSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX:** **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Sally A. Williams
Law Offices of Sally A. Williams
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Tel: (831) 459-6096
Fax: (831) 688-1772
*Attorney for Plaintiff*
**FREDERICK FRIEDMAN**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED January 11, 2008, at San Francisco, California.

Joya Yeung

---
- 3 -
THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK erroneously sued as UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY, and AMERICAN GENERAL ASSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES
USDC NDCA CASE NO.
319905.1