1 | ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
2 | WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
San Francisco, California 94105
4 | Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
5

6 | Attorneys for Defendants
**THE UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK**
7 | erroneously sued as **UNITED STATES LIFE,
AIG ANNUITY INSURANCE COMPANY,** and
8 | **AMERICAN GENERAL ASSURANCE COMPANY**

9

10

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

13

14 | FREDERICK S. FRIEDMAN,       )   **Case No.: C08-00203 HRL**
                           )
15 |         Plaintiff,      )
                           )   **PROOF OF SERVICE**
16 |     v.                   )
                           )
17 | UNITED STATES LIFE; AIG ANNUITY  )
INSURANCE COMPANY, AMERICAN   )
18 | GENERAL ASSURANCE COMPANY, and )
DOES 1-10,                      )
19 |                            )
        Defendants.     )
20 |                            )
21 | _____)

22 |     I am a citizen of the United States, I am over the age of eighteen years not a party to the
within cause; I am employed in the City and County of San Francisco, California and my business
23 | address is 525 Market Street, 17th Floor San Francisco, California 94105.

24 |     On this date I served the following document(s):

25 | **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES**
26

27 | on the party(ies) identified below, through their attorneys of record, by placing true copies thereof
in sealed envelopes addressed as shown below by the following means of service:
28

---

320195.1

1  **XX:    By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco,

2  California, for collection to the office of the addressee following ordinary business practices.

3  **___:    By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

4

5  **___:    By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

6

7  **___:    Facsimile** -- (Only where permitted.  Must consult CCP §1012.5 and California Rules of Court 2001-2011.  Also consult FRCP Rule 5(e).  Not currently authorized in N.D.CA.)

8   Sally A. Williams
    Law Offices of Sally A. Williams

9   1414 Soquel Avenue, Suite 212
    Santa Cruz, CA 95062

10  Tel: (831) 459-6096
    Fax: (831) 688-1772

11  *Attorney for Plaintiff*
    *FREDERICK FRIEDMAN*

12

13         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

14

15         EXECUTED January 14, 2008, at San Francisco, California.

16

17  Joya Yeung

18

19

20

21

22

23

24

25

26

27

28