ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK**
erroneously sued as **UNITED STATES LIFE,**
**AIG ANNUITY INSURANCE COMPANY,** and
**AMERICAN GENERAL ASSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK S. FRIEDMAN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES LIFE; AIG ANNUITY INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1-10, <br><br> Defendants. | Case No.:  **C08-00203 HRL** <br><br> **PROOF OF SERVICE** |

  I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

  On this date I served the following document(s):

1. **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1441 PURSUANT TO 28 U.S.C. § 1331 (FEDERAL QUESTION) AND § 1332 (DIVERSITY);**

2. **CIVIL COVER SHEET;**

3. **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK** erroneously sued as **UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY,** and **AMERICAN GENERAL ASSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES;**

4.    **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

5.    **STANDING ORDER; and**

6.    **NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, GUIDELINES AND FORMS**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**XX:**   **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___ :   **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___ :   **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___ :   **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

___ :   Per order of the Court I caused service to be accomplished on all parties through **CM/ECF File and Serve** for the Northern District of California:

Sally A. Williams  
Law Offices of Sally A. Williams  
1414 Soquel Avenue, Suite 212  
Santa Cruz, CA 95062  
Tel: (831) 459-6096  
Fax: (831) 688-1772  
*Attorney for Plaintiff*  
**FREDERICK FRIEDMAN**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

    EXECUTED January 17, 2008, at San Francisco, California.

                                      Joya Yeung