UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Frederick S. Friedman,<br><br>    Plaintiff,<br><br> v.<br><br>United States Life Insurance Company in the City of New York, et.al.,<br><br>    Defendants. | No. C08-00203<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for April 29, 2008 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **May 5, 2008 at 10:00 a.m.**, before the Honorable Judge James Ware. Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on April 21, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: January 24, 2008              RICHARD W. WIEKING, Clerk
                                      United States District Court


                                      /s/*Patty Cromwell*
                                      By: Patty Cromwell
                                      Courtroom Deputy Clerk for
                                      Magistrate Judge Howard R. Lloyd

1  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Michael K. Brisbin    michael.brisbin@wilsonelser.com, joya.yeung@wilsonelser.com

Adrienne Clare Publicover    Adrienne.Publicover@WilsonElser.com, Charan.Higbee@WilsonElser.com, Nancy.Li@WilsonElser.com

Sally Ann Williams    sallyawilliams@sbcglobal.net