

ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK** erroneously sued as **UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY,** and **AMERICAN GENERAL ASSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| FREDERICK S. FRIEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIFE; AIG ANNUITY INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | **Case No.: C08-00203 JW**<br><br>**JOINT STIPULATION TO EXTEND FOR DEFENDANTS THE TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case Removed: January 11, 2008<br><br>Amended Complaint Filed: January 22, 2008 |

**TO HONORABLE JAMES WARE, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties Stipulate to the following facts and extension of time for Defendants to file a responsive pleading.

(1) Plaintiff filed his Complaint in Santa Cruz County Superior Court on October 26, 2007 for breach of contract and breach of the implied covenant of good faith and fair dealing seeking special, general, bad faith and punitive damages.

(2) Defendants were served with the State Court Complaint on December 13, 2007.

(3) On January 11, 2008 the defendants removed this matter from Santa Cruz County

Superior Court to the United States District Court, Northern District of California, San Jose Division.

(4) On January 22, 2008 plaintiff filed an Amended Complaint following discussions between counsels. The Amended Complaint was filed pursuant to 29 USC Section 1001 et seq., and more specifically 29 USC Section 1132 (a) (1) (B).

(5) Pursuant to FRCP and local rules Defendants have until Monday, February 11, 2008 to file a responsive pleading.

(6) Counsel for Defendant contacted Plaintiff's counsel on Monday, February 4, 2008 to discuss issues surrounding the Amended Complaint.

(7) Also on Monday, February 4, 2008 Plaintiff's counsel presented a settlement demand. In light of the demand the parties agreed to a 20 deadline to respond to the demand and a 30 day extension for Defendants to file a responsive pleading.

(8) Based on the agreed upon extensions, the parties, through their counsels of record, agree that Defendants will respond to Plaintiff's demand no later than Thursday, February 28, 2007 and if settlement is not achieved Defendants will file a responsive pleading no later than Wednesday, March 12, 2008.

**IT IS SO STIPULATED.**

Dated: February 11, 2008

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: ______________________

Adrienne C. Publicover, Esq.
Michael K. Brisbin, Esq.
Attorneys for Defendant
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK**

Dated: February 11, 2008

LAW OFFICES OF SALLY A. WILLIAMS

By: /s/ Sally Williams
Sally A. Williams, Esq.
Attorney for Plaintiff
**FREDERICK S. FRIEDMAN**

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor San Francisco, California 94105.

On this date I served the following document(s):

**JOINT STIPULATION TO EXTEND FOR DEFENDANTS THE TIME TO FILE A RESPONSIVE PLEADING; and [PROPOSED] ORDER ON THE JOINT STIPULATION TO EXTEND FOR DEFENDANTS THE TIME TO FILE A RESPONSIVE PLEADING**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

___: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

___: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the addressee.

___: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

___: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

XX: Per order of the Court I caused service to be accomplished on all parties through **CM/ECF File and Serve** for the Northern District of California:

Sally Ann Williams sallyawilliams@sbcglobal.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED February 11, 2008, at San Francisco, California.

Joya Yeung

ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendants
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK** erroneously sued as **UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY,** and **AMERICAN GENERAL ASSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

| | |
|---|---|
| FREDERICK S. FRIEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIFE; AIG ANNUITY INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | **Case No.: C08-00203 JW**<br><br>**[PROPOSED] ORDER ON THE JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING**<br><br>Case Removed: January 11, 2008<br><br>Amended Complaint Filed: January 22, 2008 |

In light of the foregoing Stipulation between the Parties, and good cause appearing therefore, the Court hereby orders that the Deadline for Defendants to file a responsive pleading to Plaintiff's Amended Complaint, is extended for thirty (30) days, up to and including Wednesday, March 12, 2007.

**IT IS SO ORDERED.**

Dated: February __, 2008

______________________________
**HONORABLE JAMES WARE**
**UNITED STATED DISTRICT COURT JUDGE**