1  ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
   MICHAEL K. BRISBIN, ESQ. (SBN 169495)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants
6  **THE UNITED STATES LIFE INSURANCE**
   **COMPANY IN THE CITY OF NEW YORK**
7  erroneously sued as **UNITED STATES LIFE,**
   **AIG ANNUITY INSURANCE COMPANY,** and
8  **AMERICAN GENERAL ASSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK S. FRIEDMAN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES LIFE; AIG ANNUITY INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1-10,<br><br>Defendants. | Case No.: C08-00203 JW<br><br>[PROPOSED] ORDER ON THE JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING<br><br>Case Removed: January 11, 2008<br><br>Amended Complaint Filed: January 22, 2008 |

In light of the foregoing Stipulation between the Parties, and good cause appearing therefore, the Court hereby orders that the Deadline for Defendants to file a responsive pleading to Plaintiff's Amended Complaint, is extended for thirty (30) days, up to and including Wednesday, March 12, 2007.

IT IS SO ORDERED.

Dated: February 12, 2008



_____
HONORABLE JAMES WARE
UNITED STATED DISTRICT COURT JUDGE

[Proposed] Order on the Joint Stipulation to Extend Defendants' Time to File a Responsive Pleading
Case No.: C08-00203 JW
324059.1