| | |
|---|---|
| 1 | SALLY A WILLIAMS, SB NO. 129181 |
| 2 | 1414 SOQUEL AVENUE, SUITE 212 |
| | SANTA CRUZ, CA 95062 |
| 3 | TEL. 831.459.6096 |
| | FAX 831.688.1772 |
| 4 | Attorney for Plaintiff Frederick Friedman |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| FREDERICK S. FRIEDMAN | Case No.: 5:08-203  HRL |
|       Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; AIG ANNUITY INSURANCE COMPANY, | |
|       Defendants. | |

TO THE COURT AND TO EACH PARTY AND ATTORNEY OF RECORD:

Please take Note that plaintiff Frederick S. Friedman and defendant United States Life Insurance Company in the City of New York have agreed upon the essential terms of a settlement of all claims arising within the above entitled case.  A joint stipulation requesting dismissal will be filed with the court upon execution of the settlement documents.

The Court is respectfully requested to vacate any pending hearing dates, and the deadlines for filing the Joint Status Conference Statement (due April 22, 2008) as well as the initial ADR Joint Stipulation and Certification to ADR Process or Notice of Need for ADR Phone Conference (due April 8, 2008).

Date: April 17, 2008                                                 Law Offices of Sally A Williams

                                                                                    _/s/_Sally A Williams_____
                                                                                    Sally A Williams, Attorney for plaintiff
                                                                                    Frederick Friedman

1 | SALLY A WILLIAMS, SB NO. 129181
WILLIAMS' LAW OFFICE
2 | POST OFFICE BOX 1478
APTOS, CA 95001-1478
3 | 1414 SOQUEL AVENUE, SUITE 212
SANTA CRUZ, CA 95062
4
5 | Tel. (831) 459 -6096
Fax (831) 688-1772
6 | Attorney for Plaintiff Frederick S. Friedman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| FREDERICK S. FRIEDMAN | Case No.: 5:08-203 HRL |
| Plaintiff, | |
| | CERTIFICATE OF SERVICE FOR NOTICE OF SETTLEMENT |
| vs. | |
| UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; AIG ANNUITY INSURANCE COMPANY, | |
| Defendants. | |

I, the undersigned, declare:

My business address is 1414 Soquel Avenue, Suite 212, Santa Cruz, California 95062;Post Office Box 1478, Aptos, CA 95001-1478.  I am over the age of 18 years and not a party to this action.  On April 17, 2008, I served the following:

NOTICE OF SETTLEMENT

on the interested parties in this action by placing true and correct copies thereof as Follows:

**Michael K. Brisbin**
Wilson, Elser, Moskowitz, Edelman & Dicker
525 Market Street, 17th Floor
San Francisco, CA 94105
415-433-0990
415-434-1370 (fax)
michael.brisbin@wilsonelser.com

  X    **By U.S. Mail [Federal]**   I placed such envelope with postage thereon fully prepaid in the United States mail at APTOS, California, to those persons listed above at the addresses listed except where service by Fax is indicated.

Certificate of Service for NOTICE OF SETTLEMENT

Page 1 of 2

Case Number 05- 08: 203 HRL

      **By U.S. Mail [STATE]**   By enclosing a copy in an envelope addressed as shown below and depositing the sealed envelope in this building's mail pick-up slot.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am "readily" familiar with this office's practice of collection and processing correspondence.

      **Personal Service**   Delivered by hand to the Watsonville office of Rodney Kleman, during open business hours for the Watsonville office.

      **Facsimile  [As Designated].**   Using a facsimile which reports as to the success of transmission and which, on the date set forth, reported that the transmissions to the above numbers were successful.

  [X]  [Federal] I declare that I [x] am a member of the bar [ ] am employed by a Member of the Bar who directed this Service to be made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Santa Cruz County, California on April 17, 2008

                                           /s/ Sally A Williams
                                           SALLY A WILLIAMS, S.B NO. 129181