1  SALLY A WILLIAMS, SB NO. 129181
1414 SOQUEL AVENUE, SUITE 212
2  SANTA CRUZ, CA 95062
TEL. 831.459.6096
3  Attorney for Plaintiff Frederick Friedman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

FREDERICK S. FRIEDMAN
    Plaintiff,

vs.

UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK; AIG ANNUITY INSURANCE COMPANY,

    Defendants.

Case No.: 5:08-203  HRL

*AMENDED*
NOTICE OF SETTLEMENT

TO THE COURT AND TO EACH PARTY AND ATTORNEY OF RECORD:

    Please take Note that plaintiff Frederick S. Friedman and defendant United States Life Insurance Company in the City of New York and AIG ANNUITY INSURANCE COMPANY have agreed upon the essential terms of a global settlement of all claims arising within the above entitled case, which shall include all parties.  A joint stipulation requesting dismissal will be filed with the court upon execution of the settlement documents.

    The Court is respectfully requested to vacate any pending hearing dates, and the deadlines for filing the Joint Status Conference Statement (due April 22, 2008) as well as the initial ADR Joint Stipulation and Certification to ADR Process or Notice of Need for ADR Phone Conference (due April 8, 2008).  The Court is further respectfully requested to continue the case management conference currently set for May 5, 2008 in this matter.

Date: April 17, 2008

Law Offices of Sally A Williams
 _/s/_*Sally A Williams*_____
Sally A Williams, Attorney for plaintiff
Frederick Friedman

NOTICE OF SETTLEMENT          PAGE  - 1

1  SALLY A WILLIAMS, SB NO. 129181
   WILLIAMS' LAW OFFICE
2  POST OFFICE BOX 1478
   APTOS, CA 95001-1478
3  1414 SOQUEL AVENUE, SUITE 212
   SANTA CRUZ, CA 95062
4
   Tel. (831) 459 -6096
5  Fax (831) 688-1772

6  Attorney for Plaintiff Frederick S. Friedman

7                UNITED STATES DISTRICT COURT

8           NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

9

10 FREDERICK S. FRIEDMAN              Case No.: 5:08-203 HRL
         Plaintiff,
11                                    CERTIFICATE OF SERVICE FOR
                                      NOTICE OF SETTLEMENT
12       vs.

13

14 UNITED STATES LIFE INSURANCE
   COMPANY IN THE CITY OF NEW YORK;
15 AIG ANNUITY INSURANCE COMPANY,

16       Defendants.

17  I, the undersigned, declare:

18   My business address is 1414 Soquel Avenue, Suite 212, Santa Cruz, California 95062;Post Office Box

19  1478, Aptos, CA 95001-1478.  I am over the age of 18 years and not a party to this action.  On April 21,

20  2008, I served the following:
        NOTICE OF SETTLEMENT
21
    on the interested parties in this action by placing true and correct copies thereof as Follows:
22

23  **Michael K. Brisbin**
    Wilson, Elser, Moskowitz, Edelman & Dicker
24  525 Market Street, 17th Floor
    San Francisco, CA 94105
25  415-433-0990
    415-434-1370 (fax)
26  michael.brisbin@wilsonelser.com

27
         **By U.S. Mail [Federal]**   I placed such envelope with postage thereon fully prepaid in the United
28  States mail at APTOS, California, to those persons listed above at the addresses listed except where
    service by Fax is indicated.

   Certificate of Service for NOTICE OF SETTLEMENT

                                                                          Page 1 of 2
   Case Number 05- 08: 203 HRL

1        **By U.S. Mail [STATE]**   By enclosing a copy in an envelope addressed as shown below and depositing the sealed envelope in this building's mail pick-up slot.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am "readily" familiar with this office's practice of collection and processing correspondence.

      **Personal Service**   Delivered by hand to the Watsonville office of Rodney Kleman, during open business hours for the Watsonville office.

      **Facsimile  [As Designated].**   Using a facsimile which reports as to the success of transmission and which, on the date set forth, reported that the transmissions to the above numbers were successful.

XX  **By email** to michael.brisbin@wilsonelser.com

[X] [Federal] I declare that I [x] am a member of the bar [ ] am employed by a Member of the Bar who directed this Service to be made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed in Santa Cruz County, California on April 21, 2008

                                           /s/ Sally A Williams
                                           SALLY A WILLIAMS, S.B NO. 129181