SALLY A WILLIAMS, SB NO. 129181
1414 SOQUEL AVENUE, SUITE 212
SANTA CRUZ, CA 95062
TEL. 831.459.6096
Attorney for Plaintiff Frederick Friedman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

FREDERICK S. FRIEDMAN
        Plaintiff,

        vs.

UNITED STATES LIFE INSURANCE
COMPANY IN THE CITY OF NEW YORK;
AIG ANNUITY INSURANCE COMPANY,

        Defendants.

Case No.: 5:08-203  JW (HRL)

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

        On April 21, 2008, the parties informed the Court that the above-entitled matter has reached a global settlement.  (See Docket Item No. 15.)  In light of the settlement, the Court vacates all trial and pretrial dates.  On or before **June 27, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

        If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 7, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41 (b).  On or before **June 27, 2008**, the parties shall file a joint statement in response to the Order to Show Cause.  The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

        Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  April 25, 2008

_____
JAMES WARE
United States District Judge