```
ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370
```

Attorneys for Defendants
**THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK** erroneously sued as **UNITED STATES LIFE, AIG ANNUITY INSURANCE COMPANY,** and **AMERICAN GENERAL ASSURANCE COMPANY**

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK S. FRIEDMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES LIFE; AIG ANNUITY INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, and DOES 1-10,<br><br>　　　　Defendants. | Case No.: C08-00203 JW<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED ORDER]**<br><br>Case Removed: January 11, 2008<br><br>Amended Complaint Filed: January 22, 2008 |

**TO THE HONORABLE JAMES WARE**:

The Parties, Defendant THE UNITED STATES LIFE INSURANCE COMPANY in the CITY OF NEW YORK (on behalf of all defendants), and Plaintiff FREDERICK S. FRIEDMAN, stipulate as follows:

(1)　The Parties have settled this matter and Plaintiff FRIEDMAN has executed a Release and Settlement Agreement related to this lawsuit, which is a full and final release of all present, future, unknown and unanticipated injuries, claims, or damages, against all Defendants, including those under California Civil Code Section 1542;

(2)　Each side agrees to bear its own costs and fees incurred and/ or paid in this

1  litigation; and

2      (3)  The matter should be dismissed with prejudice as to all Defendants since all of

3  plaintiff's claims, and causes of action, have been resolved.

4      **IT IS SO STIPULATED**.

7  Date: April 22, 2008      WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

    _____
    Adrienne C. Publicover
    Michael K. Brisbin
    Attorneys for Defendant
    **THE UNITED STATES LIFE INSURANCE COMPANY IN THE CITY OF NEW YORK**

13  Date: April 30, 2008      LAW OFFICES OF
    SALLY A. WILLIAMS

    _____
    Sally A. Williams
    Attorneys for Plaintiff
    **FREDERICK S. FRIEDMAN**

## ORDER

In light of the above Stipulation of the Parties regarding the resolution of this matter and their request that this matter be dismissed with prejudice, and good cause appearing therefore, the Court hereby orders that:

(1) The matter of *FREDERICK S. FRIEDMAN v. THE UNITED STATES LIFE INSURANCE COMPANY, et al.,* United States District Court – Northern District, San Jose Division, case number C08-00203 JW, is hereby dismissed with prejudice.

(2) Plaintiff FREDERICK S. FRIEDMAN has fully released all present, future, unknown and unanticipated injuries, claims, or damages against all Defendants, including those under California Civil Code Section 1542, arising from or related to the injuries sustained from or in the automobile accident of February 13, 2004, or related to this lawsuit, as of the date he executed the Release and Settlement Agreement; and

(3) Each side is to bear its own costs and fees incurred and/ or paid in this litigation.

**IT IS SO ORDERED**.

The Clerk shall close this file.

Date: May 20, 2008

_____
HONORABLE JAMES WARE, JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation to Dismiss with Prejudice; [Proposed Order]
Case No.: C08-00203 JW
348975.1